Decided October 26, 2004

## PRIVATE HEALTHCARE SYSTEMS, INC. *v.* ALBERT J. TORRES

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 826 (AC 24589), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the arbitrator's award reinstating the defendant did not violate the public policy of the state?"

The Supreme Court docket number is SC 17295.

*Sandra K. Davis,* in support of the petition.

*Michael A. Kurs* and *Elliott B. Pollack,* in opposition.

Decided October 26, 2004

## MARY ALICE LEONHARDT, LLC *v.* ERIC S. GLUCK

The defendant's petition for certification for appeal from the Appellate Court (AC 25245), is denied.

*Eric S. Gluck,* pro se, in support of the petition.

*P. Jo Anne Burgh,* in opposition.

Decided October 26, 2004